1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
3  Las Vegas, NV 89117
   (702) 872-5555
4  (702) 872-5545
   jburden@backuslaw.com

Attorneys for Defendants,
*Albertson's LLC, New Albertson's, Inc*
*Albertson's Holdings, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONNA HOLMSTROM,

        Plaintiff,

vs.

ALBERTSON'S LLC, a foreign limited liability company; NEW ALBERTSON'S, INC., a foreign corporation; ALBERTSON'S HOLDINGS, LLC, a foreign limited liability company; and DOES I-X; and ROE CORPORATIONS I-XX, inclusive,

        Defendants.

Case No.  2:14-cv-01628-LDG-NJK

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

      COMES NOW Plaintiff DONNA HOLMSTROM by and through her attorney of record David J. Martin, Esq. of Henness & Haight, and Defendants ALBERTSON'S LLC, NEW ALBERTSON'S, INC and ALBERTSON'S HOLDINGS, LLC by and through their attorney of record Jack P. Burden, Esq. of Backus Carranza & Burden, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above entitled litigation *with prejudice*.

      This dismissal *does* completely resolve this entire matter.

      Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own

1

attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: March 2, 2015

**BACKUS, CARRANZA & BURDEN**

JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
Tel: 702.872.5555
Fax: 702.872.5545
jburden@backuslaw.com
*Attorney for Defendant Albertson's LLC*

DATED: Feb 18, 2015

**HENNESS & HAIGHT**

David J. Martin, Esq.
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel: 702.862.8200
Fax: 702.862.8204
david@hennessandhaight.com
*Attorney for Plaintiff Donna Holmstrom*

**ORDER**

**IT IS SO ORDERED.**

DATED this 6 day of March, 2015.

_____
United States District Court
Case No. 2:14-cv-01628-LDG-NJK
Lloyd D. George

DATED this 2 day of March, 2015.

Respectfully Submitted,

**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendants
New Albertson's, Inc
Albertson's Holdings, LLC*

2